**Order filed December 3, 2013**



**In The**

# Fourteenth Court of Appeals

## NO. 14-12-00914-CV

_____

### IN THE INTEREST OF A.D, Appellant

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Court Cause No. C-206,829-B**

## O R D E R

The clerk's record was filed January 9, 2013 . Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain charge of the court/jury charge signed by the jury.

The Jefferson County District Clerk is directed to file a supplemental clerk's record on or before December 13, 2013, containing charge of the court/jury charge signed by the jury.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM